# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141035 & (24)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 141035
                                           COA: 295349
                                           Oakland CC: 97-152577

ANTHONY DUANE KYLES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 7, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010 _____

p0830                                                    Clerk